HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARYLIN TAYLOR,

    Plaintiff,

  v.

ROB W. TRICKLER,

    Defendant.

CASE NO. C13-1483RAJ

ORDER

    The court dismissed this case on September 30. Plaintiff has now filed a motion for default judgment. Dkt. # 10. That motion is inappropriate in a closed case, and the court directs the clerk to TERMINATE that motion.

    This matter is closed, and putting aside very limited exceptions, no further filings are appropriate. The court directs the clerk that if Plaintiff continues to file motions or other documents in this case, the clerk shall docket them, but shall not note them as motions unless the court orders otherwise. The court notifies Plaintiff that it will take no action on any document she submits unless it raises a proper request for post-dismissal relief.

    DATED this 4th day of December, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1